36912. GEORGIA NOVELTY MACHINE CO. *v.* MOUNT.

FELTON, C. J. 1. The notation on a note, "This note constitutes a lien on all fixtures and equipment at 268 Grill, 268 Williams Street," is sufficient to constitute a valid chattel mortgage upon the property named therein. Code § 67-102. The description contained a key which would be sufficient with the aid of extrinsic evidence to adequately identify the property covered by the mortgage. *Green* v. *Rogers,* 62 *Ga.* 166 (1); *Kiser & Co.* v. *Carrollton Dry Goods Co.,* 96 *Ga.* 760 (1, 4) (22 S. E. 303); *Clark* v. *Dodson Printers' Supply Co.,* 137 *Ga.* 324 (73 S. E. 580); *International Harvester Co.* v. *Davis,* 13 *Ga. App.* 1 (2) (78 S. E. 770); *Jones & Damren Auto Co.* v. *Lott,* 17 *Ga. App.* 834 (88 S. E. 719); *Georgia Mountain Orchards* v. *Jones & Stewart,* 33 *Ga. App.* 513 (126 S. E. 865).

2. A purchaser from a mortgagor of property covered by a recorded valid chattel mortgage takes the property subject to the lien of the mortgagee and such purchaser cannot gain a prescriptive title superior to the lien of the mortgagee. *Fry* v. *Shehee,* 55 *Ga.* 208 (3); *Towler* v. *Carithers,* 4 *Ga. App.* 517 (61 S. E. 1132).

The court erred in denying the motion for new trial.

*Judgment reversed. Quillian and Nichols, JJ., concur.*

DECIDED NOVEMBER 19, 1957.

*Paul Webb, Jr., Bertram S. Boley,* for plaintiff in error.
*Frank A. Bowers,* contra.